UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE, FLORIDA
(Civil Division)

JOHN HALL,
    V.
WILLIAM WOODHAM, sued in his
individual and official capacity, and Capt. MERRITT,
Lut. ALEXANDER, Sgt. JACKIE MOORE,
and TERRANCE THOMAS, sued in their individual capacity,
    Defendants.

CASE NO. 4:01cv83-WS

_____/

## MOTION TO PROCEED IN FORMA PAUPERIS

I John Hall, move to proceed in forma pauperis pursuant to Title 28 U.S.C. § 1915 in the above-entitled action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies or any items of value for the purpose of aviding payment of said fees.

_John Hall_
Signature of Plaintiff/Petitioner

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

In support of this motion, I answer the following questions under penalty of perjury:

1.     Are you currently incarcerated?    Yes (x)    No ( )

If "yes", state the place of incarceration: <u>Holmes Correctional Institution, 3142 Thomas Drive, Bonifay, Florida</u>.

2.     Are you presently employed?    Yes ( )    No (x)

    a.     If the answer is "yes", state the amount of your take home salary or wages per month and give the name and address of your employer.

    b.     If the answer is 'no', state the date of last employment and the amount of take-home salary and wages per month which you received.

3.     Have you received within the past twelve months any money from any of ther following sources?

2

a.  Business, profession or other self-employment?
    Yes ( )     No (x)

b.  Rent payments, interest or dividends?
    Yes ( )     No (x)

c.  Pensions, annuities or life insurance payments?
    Yes ( )     No (x)

d.  Disability or workers compensation payments?
    Yes ( )     No (x)

e.  Gifts or inheritances?
    Yes ( )     No (x)

f.  Any other sources?
    Yes ( )     No (x)

If the answer to any of the above is "yes" describe each source of money and state the amount received from each during the past twelve months.

4.  Do you own any cash or do you have money in a checking or saving account?
    Yes ( )     No (x) (Include funds in prison account.)

5.  Do you own real estate, stocks, bonds, notes automobiles, or other valuble property (excluding ordinary household furnishing and clothing) ? Yes ( )  No (x)

6.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how you contribute toward their support:

_____
_____
_____

I DECLARE UNDER PENALITY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*John Hall*                          3-1-01
Signature of Plaintiff/Petitioner    Date

```
Inmate No.: 072031   Name: HALL, JOHN L.              Ctn Limit: 0.00
```

| Date | Descript | Remitter/ Payee | Batch/ Dep. No. | Ref. No. | Rec. # | In/(Out) | Balance |
|---|---|---|---|---|---|---|---|
| 11/01/2000 | Beg Bal | | | | | | |
| 11/06/2000 | Weekly Dro | 0.00 | | | | | |
| 11/13/2000 | Weekly Dro | 0.00 | | | | | |
| 11/17/2000 | Weekly Dro | 0.00 | | | | | |
| 11/19/2000 | Weekly Dro | 0.00 | | | | | |
| 11/20/2000 | Weekly Dro | 0.00 | | | | | |
| 11/27/2000 | Weekly Dro | 0.00 | | | | | |
| 11/30/2000 | Ctn Bal | | | | | | .00 |

Press space bar to continue.